No. 70–2.  UNITED STATES *v.* 12 200-FT. REELS OF SUPER 8MM. FILM ET AL. (PALADINI, CLAIMANT).  Appeal from D. C. C. D. Cal.  [Probable jurisdiction noted, 403 U. S. 930.]  Motion of Christopher W. Walker for leave to file a brief as *amicus curiae* granted.

No. 70–6.  SWARB ET AL. *v.* LENNOX ET AL.  Appeal from D. C. E. D. Pa.  [Probable jurisdiction noted, 401 U S. 991.]  Motion of David A. Scholl for leave to argue orally *pro hac vice* on behalf of appellants granted.  Motion of Pennsylvania Credit Union League for reconsideration of order denying leave to argue orally as *amicus curiae* denied.  Motion of American Bankers Assn. for leave to file a brief as *amicus curiae* granted.  Motion of Pennsylvania Land Title Assn. for leave to argue orally as *amicus curiae* denied.

No. 70–34.  SIERRA CLUB *v.* MORTON, SECRETARY OF THE INTERIOR, ET AL.  C. A. 9th Cir.  [Certiorari granted, 401 U. S. 907.]  Motion of County of Tulare for leave to argue orally as *amicus curiae* denied.

No. 70–54.  VICTORY CARRIERS, INC., ET AL. *v.* LAW.  C. A. 5th Cir.  [Certiorari granted, 401 U. S. 936.]  Motion of American Trial Lawyers Assn. for leave to file an untimely brief as *amicus curiae* granted.

No. 70–5009.  JACKSON *v.* INDIANA.  Sup. Ct. Ind.  [Certiorari granted, 401 U. S. 973.]  Motion of American Association on Mental Deficiency et al. for leave to file a brief as *amicus curiae* denied.

No. 70–5039.  FUENTES ET AL. *v.* SHEVIN, ATTORNEY GENERAL OF FLORIDA, ET AL.  Appeal from D. C. S. D. Fla.  [Probable jurisdiction noted, 401 U. S. 906, *sub nom. Fuentes* v. *Faircloth.*]  Motion of Bruce S. Rogow for leave to permit C. Michael Abbott to argue orally *pro hac vice* on behalf of appellants granted.